IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VORTEX, INC., a Texas Corporation<br><br>PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>DEFENDANTS. | CIVIL ACTION NO: 1:22-CV-04189<br><br>JUDGE GARY FEINERMAN |

## PLAINTIFF'S MOTION FOR WRIT OF EXECUTION

Plaintiff VORTEX, INC. ("Plaintiff"), by its counsel, moves this Honorable Court to enter Writ of Execution. In support of this Motion, Plaintiff submits the accompanying Memorandum of Law and Declaration of Jeff Leung in support.

Dated: April 28, 2023

Respectfully submitted,

/s/ Jeff Leung
Mir Y. Ali
ArentFox Schiff LLP
233 South Wacker Drive, Suite 7100
Chicago IL 60606
312.258.5594 (direct)
mir.ali@afslaw.com

Pamela M. Deese
1717 K Street, NW
Washington D.C. 20006
202.828.3431
pamela.deese@afslaw.com

Lynn R. Fiorentino
Jeff Leung
48 Montgomery St, 38th Floor
San Francisco, CA 94104
415.757.5503
415.805.7965
lynn.fiorentino@afslaw.com
jeff.leung@afslaw.com

Attorneys for Plaintiff
Vortex, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document will be electronically filed on April 28, 2023, with the Clerk of the Court using the CM/ECF system. I will serve a filed copy on April 28, 2023, of the foregoing document on Defendants via electronic publication on a website and/or email and on Alipay via FedEx delivery to Alipay and its counsel.

/s/ Jeff Leung
Jeff Leung