# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Vortex, Inc.

                    Plaintiff,

v.                                              Case No.: 1:22−cv−04189

                                                     Honorable Lindsay C. Jenkins

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 5, 2023:

      MINUTE entry before the Honorable Lindsay C. Jenkins: For the reasons stated in the attached Order, the Court enters and continues Vortex's motion for execution [52]. The Court directs the parties to confer regarding the topics the Court has requested more information on and to file a joint status report by October 19, 2023, indicating the parties' positions on these issues, whether the parties need additional time to prepare substantive responses to the Court's questions, and, if applicable, proposing a schedule for further in−person proceedings on Vortex's motion. If there are matters beyond the scope of the Court's requests that the parties wish to address in their status report or in supplemental filings, they should request leave to do so. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.